Frances Murphy, an Infant, by Emma Murphy, Her Guardian ad Litem, Appellant, v. Sea Beach Railway Company and Brooklyn Heights Railroad Company, Respondents. — Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days defendants stipulate that the judgment be modified by striking out the costs to defendants, in which event the judgment and order are unanimously affirmed, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Joseph Anzelotti, Alias Joseph Anzalotta, Alias Giuseppe Anzelotto, Appellant.— The parties hereto having stipulated in open court that a justice may be substituted in place of Burr, J., deceased, Mr. Justice Putnam was so substituted. Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. John Diemer, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Nicodino Le Rose, Appellant.— Judgment of conviction of the County Court of Kings county reversed and new trial ordered, upon the ground that it was error to admit evidence of the weapons behind the bar, which evidence became more injurious on account of the use made of it by the assistant district attorney in his address to the jury. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. James J. Nolan, as Executor, etc., of William Nolan, Deceased, Respondent, v. William A. Prendergast, as Comptroller of the City of New York, Appellant.— Final order affirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.